## Commonwealth ex rel. Muncy v. Muncy, Appellant.

Argued December 14, 1967. *Jerome M. Dubyn,* with him *Mendel and Dubyn,* for appellant; *Edwin D. Wolf* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee; *Herbert H. Hadra,* with him *Robert H. Arronson* and *Maurice Freedman,* for appellee.

Order affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Commonwealth ex rel. Poulson, Appellant, v. Myers.

Submitted December 11, 1967. *Robert Poulson,* appellant, in propria persona; *William D. Hutchinson,* Assistant District Attorney, and *Richard B. Russell,* District Attorney, for appellee.

Order affirmed.